736

for the Seventh Circuit denied. *Mr. Ross O. Hinkle* for petitioner. *Mr. Casper W. Ooms* for respondents.

No. 383. McGREW *v.* HARBISON; and

No. 384. McGREW *v.* SIMMONS. October 9, 1944. Petition for writs of certiorari to the Supreme Court of Pennsylvania denied.

No. 397. CLEMENS *v.* CLEMENS. October 9, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Vivian O. Hill* for petitioner. *Mr. Richard L. Merrick* for respondent.

No. 398. DOWNEY ET AL. *v.* GREEN. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Urban A. Lavery* for petitioners. *Messrs. George F. Barrett*, Attorney General of Illinois, and *William C. Wines*, Assistant Attorney General, for respondent.

No. 60. GARITY *v.* NEW YORK. October 9, 1944. Petition for writ of certiorari to the Supreme Court of New York denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

Nos. 89 and 90. REPPLIER COAL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for